# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# TEXARKANA DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** § | |
| § | |
| **V.** § | **CASE NO. 5:19-CR-8-RWS-JBB** |
| § | |
| **VICTOR GONZALES (4)** § | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

The above-entitled and numbered criminal action was heretofore referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636. The Report of the Magistrate Judge which contains his proposed findings of fact and recommendations for the disposition of such action has been presented for consideration. With Defendant having waived allocution before the Court as well as his right to object to the report of the Magistrate Judge, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct. It is therefore

**ORDERED** that the Report and Recommendation of United States Magistrate Judge (Docket No. 323) is **ADOPTED** as the opinion of the Court. It is further

**ORDERED** that Defendant's plea of true to the allegations set forth in the Government's petition (Docket No. 310) is **ACCEPTED**. It is further

**ORDERED** that Defendant's supervised release is **REVOKED**. It is further

**ORDERED** that Defendant is committed to the custody of the Bureau of Prisons to be imprisoned for a term of ten (10) months, with a twelve (12) month term of supervised release to follow, subject to the following conditions:

Upon release from imprisonment, Defendant must report to the probation office in the federal judicial district where Defendant is authorized to reside within 72 hours of his release from imprisonment unless the probation officer instructs Defendant to report to a different probation

office or within a different time frame.

While on supervised release, Defendant must not commit another federal, state, or local crime. Defendant must not unlawfully possess a controlled substance. Defendant must refrain from any unlawful use of a controlled substance. Defendant must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the Court. Defendant must comply with the standard conditions that have been adopted by the Court. Additionally, the Court finds the following conditions are relevant and are imposed as follows:

Defendant must provide the probation officer with access to any requested financial information for purposes of monitoring Defendant's sources of income.

Defendant must not knowingly purchase, possess, distribute, administer, or otherwise use any psychoactive substances (e.g., syntenic marijuana, bath salts, ext.) that impair a person's physical or mental functioning, whether or not intended for human consumption.

Defendant must participate in a program of testing and treatment for drug abuse and follow the rules and regulations of that program until discharged. The probation officer, in consultation with the treatment provider, will supervise Defendant's participation in the program. Defendant must pay any cost associated with treatment and testing.

Defendant must participate in any combination of psychiatric, psychological, or mental health treatment programs, and follow the rules and regulations of that program, until discharged. This includes taking any mental health medication as prescribed by Defendant's treating physician. The probation officer, in consultation with the treatment provider, will supervise Defendant's participation in the program. Defendant must pay any cost associated with treatment and testing.

The Court will enter judgment forthwith.

**IT IS SO ORDERED.**

**SIGNED this 25th day of November, 2025.**

                                              ROBERT W. SCHROEDER III
                                              UNITED STATES DISTRICT JUDGE